UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**NORMAN V. WHITESIDE,**

        **Plaintiff**

    v.                            C-1-13-408

**TRAYCE THALHEIMER,** *et al.*,

        **Defendants**

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 34) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 34) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.   Plaintiff's Motion and Amended Motion to Amend his

2

Complaint (doc. nos. 25 and 26) are GRANTED. Plaintiff is directed to file an Amended Complaint by September 15, 2014. The WCI Defendants' Motion for a More Definite Statement (doc. no. 23) is DENIED and the Parole Board Defendants' Motion to Dismiss (doc. no. 22) is DENIED.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                s/Herman J. Weber
                                     Herman J. Weber, Senior Judge
                                     United States District Court