UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NORMAN V. WHITESIDE,
    Plaintiff,

vs.

TRAYCE THALHEIMER, *et al.*,
    Defendants.

Case No. 1:13-cv-408

Weber, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion to compel (Doc. 49). Plaintiff filed a motion to compel on February 17, 2015, utilizing the prisoner electronic filing system available at Warren Correctional Institution. However, the filed version of the motion is incomplete and the Court is therefore unable to issue a ruling on it. *See* Doc. 49 (the filed motion contains one page of plaintiff's brief and three pages of exhibits). Accordingly, plaintiff's motion to compel (Doc. 49) is **DENIED** at this juncture, subject to reconsideration upon the filing of a complete copy of the motion.

    **IT IS SO ORDERED.**

Date: 3/25/15

Karen L. Litkovitz
United States Magistrate Judge